**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

YASSER A. IBRAHIM,

    Plaintiff,

v.                                                CASE NO: 8:05-cv-1235-T-26MAP

HILLSBOROUGH AREA REGIONAL TRANSIT
AUTHORITY a/k/a HART d/b/a HART,
DONNA LOY and TROY CHAMPAGNE,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion for Summary Judgment (Dkt. 50) is stricken for failure to comply with paragraph 6(b) of the Court's Case Management and Scheduling Order entered April 5, 2006. The Clerk is directed to terminate the motion from pending status.

**DONE AND ORDERED** at Tampa, Florida, on January 17, 2007.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA
                      UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record