UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YASSER A. IBRAHIM,

    Plaintiff,

v.                                                                                  CASE NO: 8:05-cv-1235-T-26MAP

HILLSBOROUGH AREA REGIONAL
TRANSIT AUTHORITY a/k/a HART
d/b/a HART, DONNA LOY, and TROY LOY,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Defendant's Motion for Reconsideration (Dkt. 53) is granted.

2) The order entered January 17, 2007, striking Defendant's Motion for Summary Judgment (Dkt. 52) is vacated.

3) The Clerk shall return to pending status Defendant's Motion for Summary Judgment found at docket 50.

4) Defendant shall provide the Court with courtesy copies of its motion and memorandum, as well as the exhibits submitted in support of the motion within 5 days.

5) Plaintiff shall file a response to the motion within the time fixed by Local Rule 3.01(b), or February 2, 2007.

6) Defendant's Alternative Motion for Leave to File Motion for Summary Judgment (Dkt. 53) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on January 18, 2007.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record